2002–0616. Killings v. Gorman.
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–0623. State ex rel. Jones v. Taubi.
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–0653. State ex rel. Martin v. Cox.
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–0665. State ex rel. Semenchuk v. Court of Claims of Ohio.
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–0745. Condon v. Edwards.
In Habeas Corpus. On petition for writ of habeas corpus of Thomas Condon. Sua sponte, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–0779. State v. Griffin.
In Habeas Corpus. On petition for writ of habeas corpus of Antonio Griffin. Sua sponte, cause dismissed.
MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

2001–0871. State v. Ahmed.
Belmont C.P. No. 99CR192. On motion for ruling on claimed conflict of interest. Motion stricken.
   COOK, J., would deny the motion.
   On pro se motion to disqualify and remove Public Defender's Office from representation of appellant and pro se motion for stay of proceedings. Motions denied.

2001–1912. In re Consol. Mtge. Satisfaction Cases.
Hamilton App. No. C–010137. On motion of Carey Allen for admission pro hac vice of Jan Chilton on behalf of Associates Financial Services et al., motion for admission pro hac vice of J. Preston Turner by Robert G. Cohen for First Union Home Equity Bank, N.A., motion for admission pro hac vice of Eric Berg by John C. Murdock, and motion for admission pro hac vice by Christopher L. Moore of Mark G. Schroeder for Capstead, Inc. Motions granted.

2001–1955. Panozzo v. Allstate Ins. Co.
Cuyahoga App. No. 79083. On motion for admission pro hac vice of Peter J. Valeta by Stanley S. Keller. Motion granted.

2001–2036. Ohio State Bldg. & Constr. Trades Council v. Cuyahoga Cty. Bd. of Commrs.
Cuyahoga App. Nos. 77242 and 77262, 2001-Ohio-4228. On motion for admission pro hac vice of William L. Messenger of National Right to Work by Susan Carson Rogers. Motion granted.

2001–2154. Rancman v. Interim Settlement Funding Corp.
Summit App. No. 20523, 2001-Ohio-1669. On amended motion for admission pro hac vice of A.T. Savage by R.M. Stefancin for Interim Settlement Funding Corp. Motion granted.

2002–0524. State ex rel. Commt. for the Referendum of Lorain Ord. No. 77–01 v. Lorain Cty. Bd. of Elections.
In Mandamus. On answer of respondent, motion for leave to intervene of Thomas Oster, and motion to dismiss of intervening respondent Thomas Oster. Motion for leave to intervene granted.
   Motion to dismiss denied and alternative writ granted.
   PFEIFER, J., dissents and would dismiss the cause.